# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT REED, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMIRA NATURE FOODS LTD., et al.,<br><br>Defendants. | Case No. CV 15-0957 FMO (PJWx)<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

On July 18, 2016, the court issued an order granting lead plaintiff leave to file a Third Amended Complaint no later than August 4, 2016.  Lead plaintiff was "cautioned that failure to timely file a Third Amended Complaint may result in this action being dismissed without prejudice for failure to prosecute and/or failure to comply with a court order." (Dkt. 143, Court's Order of July 18, 2016, at 26); see Fed. R. Civ. P. 41(b); Link v. Wabash R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).  As of the filing date of this order, no Third Amended Complaint has been filed. (See, generally, Dkt.).  Accordingly, IT IS ORDERED that the above-captioned case is dismissed, without prejudice, for lack of prosecution and failure to comply with the orders of the court.  See Fed. R. Civ. P. 41(b).

Dated this 12th day of August, 2016.

                                                                     /s/
                                      Fernando M. Olguin
                                  United States District Judge