JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT REED, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMIRA NATURE FOODS LTD., et al.,<br><br>Defendants. | Case No. CV 15-0957 FMO (PJWx)<br><br>**JUDGMENT** |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 12th day of August, 2016.

/s/
Fernando M. Olguin
United States District Judge